UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GARDINER ANDERSON<br><br>                    Plaintiff,<br><br>    -against-<br><br>Outhouse PR, LLC<br><br>                    Defendant. | Case No.: 1:17 Civ. 06722 (LTS)(BCM)<br><br>**AFFIRMATION OF SERVICE** |

I, Frances B. Lippincott, declare under penalty of perjury that on October 27, 2017 I filed Defendant's Answer to the Complaint, Counterclaim, and Fed. R. Civ. P. 7.1 Statement electronically by the Electronic Case Filing system and that service was perfected on all counsel of record and interested parties through this system:

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580


Dated: October 27, 2017                   By: _____

                                                                    Frances B. Lippincott
                                                                    Lippincott IP LLC
                                                                    475 Wall Street
                                                                    Princeton, New Jersey 08540
                                                                    Tel: (908) 237-0400
                                                                    flann@lippincottip.com