**UNITED STATES DISTRICTCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

GARDINER ANDERSON,

                             Plaintiffs,

          - against -

OUTHOUSE PR, LLC,

                          Defendant.

17 Civ. 6722 (LTS)(BCM)

**PLAINTIFF'S ANSWER TO**
**DEFENDANT'S**
**COUNTERCLAIM**

OUTHOUSE PR, LLC,

                   Counterclaimant,

          - against -

GARDINER ANDERSON,

               Counter-defendant.

Counter-defendant Gardiner Anderson ("Anderson") hereby responds to Counterclaimant Outhouse PR, LLC's ("Outhouse") Counterclaim as follows:

Counter-defendant admits that Outhouse has labeled a section of its Answer "Counterclaim" and "Violation of 17 U.S.C. 1202(a)", but denies that the Counterclaimant is entitled to any relief or that the counterclaim is valid.

1.      Denies the allegation contained in paragraph 56.

2.      Lacks information or knowledge sufficient to admit or deny the allegation contained in paragraph 57.

3.      Lacks information or knowledge sufficient to admit or deny the allegation contained in paragraph 58.

4.      Denies the allegation contained in paragraph 59.

5.    Denies the allegation contained in paragraph 60.

6.    Denies the allegation contained in paragraph 61 to the extent that it contains a legal conclusion.

7.    Denies the allegation contained in paragraph 62 to the extent that it contains a legal conclusion.

## AFFIRMATIVE DEFENSES

Counter-defendant states the following defenses, without assuming the burden of proof on such defenses that would otherwise rest with the Counterclaimant.

### FIRST AFFIRMATIVE DEFENSE

1.  Counterclaimant fails to state any claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

**2.**  Counterclaimant's claims are barred, in whole or in part, by the lack of standing.

### THIRD AFFIRMATIVE DEFENSE

3.  Counterclaim is barred, in whole or in part, by legal and/or equitable estoppel.

### FOURTH AFFIRMATIVE DEFENSE

4.  Counterclaim is barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

5.  Counterclaim is barred, in whole or in part, by unclean hands.

## ADDITIONAL DEFENSES

Counterdefendant hereby gives notice that, due to its incomplete knowledge as to the matters set forth in the Counterclaim, he is unable to determine whether he has additional defenses not expressly enumerated in the preceding paragraphs or elsewhere in this Answer.

Counterdefendant thus reserves huis rights to amend his Answer to assert additional defenses and

to reply upon additional defenses to the extent they become available or apparent during discovery or further proceedings in this action.

WHEREFORE, Counter-defendant demands that judgment be entered against Counterclaimant as follows:

    a)  Counterclaim, and all claim asserted therein, be dismissed with prejudice in its entirety;

    b)  Counter-defendant be awarded his attorney's fees, costs and expenses, with interest; and

    c)  Such other relief as the Court deems just and proper.


                           Respectfully Submitted,

Dated: Valley Stream, NY
           November 9, 2017

                            /s/Richard P. Liebowtiz
                            Richard P. Liebowitz
                            Yekaterina Tsyvkin
                            Liebowitz Law Firm, PLLC
                            11  Sunrise Plaza, Suite 305
                            Valley Stream, NY 11580
                            (516) 233-1660

                      *Attorneys for Plaintiff/Counterdefendant Gardiner Anderson*