BY ECF                                                                December 11, 2017

**Honorable Barbara Moses, U.S.M.J.**
**United States District Court for the Southern District of New York**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl St.  Courtroom 20A**
**New York, NY 10007**


Re:    *Anderson v. Outhouse PR, LLC,*
       *Docket No. 1:17-cv-6722(LTS)(BCM)*

Dear Judge Moses,

   Pursuant to Your Honor's November 2, 2017 Order (Dkt. 15), Plaintiff Gardiner Anderson ("Anderson") and Defendant Outhouse PR, LLC ("Outhouse") jointly submit this written report in anticipation of the Initial Case Management Conference scheduled for 11:00 AM on December 18, 2017.

   1. The initial conference is scheduled for December 18, 2017.
      a. Richard Liebowitz of Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580, 516-233-1660 will be attending.
      b. Flann Lippincott of Lippincott IP LLC, 475 Wall Street, Princeton, New Jersey 08540, 908-237-0400, on behalf of Defendant Outhouse PR, LLC.

   2. **Brief Description of the Case**

   **Plaintiff's Perspective**

   Anderson is a professional photojournalist whose work has appeared in many publications.  His livelihood depends on the ability to license his images to publishers and media outlets.  On April 7, 2016 Anderson photographed a sports star Anyela Acquino and then licensed the photograph to the Daily News.  The Daily News published the photograph alongside an article about the young volleyball prospect.   The article prominently featured the photograph and contained a gutter credit identifying Anderson as the photographer.   Anderson retained all rights and interest in the photograph.

   On or around April 21, 2016 Outhouse allegedly ran an article on its website that allegedly featured the photograph in question.  Anderson alleges that it did not license, give permission nor consent to publication of the photograph by Outhouse.   Anderson also alleges that Outhouse removed Anderson's gutter credit and did not attribute the photograph to anyone.

   As a direct result of Outhouse's alleged infringement Anderson alleges that he lost the opportunity to license the photograph and the market for this photograph was gravely and adversely effected by the Outhouse's activities.  Anderson asserts that Outhouse's infringement

was willful, intentional, purposeful, and in disregard or indifference to Anderson' rights in the photograph.

Accordingly, Anderson seeks actual damages against Outhouse for the copyright infringement, statutory damages for the removal of copyright management information as well as costs and attorney's fees.

**Defendant's Position**

Defendant denies that it infringed Plaintiff's alleged copyright. Defendant denies that it removed copyright management information from the allegedly copyrighted photograph. Defendant asserts several affirmative defenses including misuse of copyright, failure to mitigate, and estoppel. Defendant filed a counterclaim for violation of 17 U.S.C. § 1202(a) and seeks statutory damages, costs and attorney's fees for the violation.

3. Deadline for joinder of parties and amended pleadings: January 18, 2018
4. 
   a. Initial Disclosures: January 5, 2018
   b. Document Production, Interrogatories, and Requests to Admit- January 18, 2018
   c. All fact depositions complete- March 18, 2018
        a. Plaintiff-
             i. Editor
            ii. Corporate Representative
        b. Defendant
             i. Plaintiff
            ii. Anyela Acquino
   d. End of fact discovery- April 18, 2018
   e. Expert Reports- May 18, 2018
   f. End of Expert Depositions- June 18, 2018
   g. End of all Discovery- June 18, 2018

5. Protective Order
6. n/a
7. March 19, 2018
8. Mediation- Mid February 2018
9. July 18, 2018- Summary Judgment Motions
10. August 20, 2018- Joint Pretrial Order
11. 1-2 days jury trial


Respectfully Submitted,

/s/Richard P. Liebowitz
Richard P. Liebowitz

Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com
kt@liebowitzlawfirm.com
*Attorneys for Plaintiff Gardiner Anderson*

s/Flann Lippincott
Flann Lippincott, Esq.
Lippincott IP LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 237-0400
flann@lippincottip.com
*Attorneys for Defendant Outhouse PR, LLC*