| | |
|---|---|
| GARDINER ANDERSON | Index #: 1:17-CV-06722-LTS |
| Plaintiff(s) | |
| - against - | Date Filed: |
| OUTHOUSE PR, LLC | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 6, 2017 at 02:42 PM at

111 BROADWAY, 11TH FLOOR
NEW YORK, NY10006

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on OUTHOUSE PR, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to JENNIFER JONES personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 52 | 5'6 | 150 |

Sworn to me on: September 6, 2017

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | Gotham Process Inc. | **SIEH CLARK** |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 1187234 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1040256* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2018 | Commission Expires April 18, 2021 | | |