# Exhibit A

# Re: Anderson v. Outhouse PR, LLC- Discovery

### Flann Lippincott

Sat 1/20/2018 6:41 PM

Sent Items

To:Richard Liebowitz <RL@liebowitzlawfirm.com>; Yekaterina Tsyvkin <kt@liebowitzlawfirm.com>;

3 attachments (16 MB)

OPR 1st Admits Request 2018-1-18.pdf; OPR 1st Doc Request 2018-1-18.pdf; OPR 1st Rogs Request 2018-1-18.pdf;

Kate,

Attached are courtesy copies of my client's requests. I don't seem to have your client's Initial Disclosures. Can you please provide the date that you sent them?

Thank you,

Flann

Flann Lippincott, Esq.
Lippincott IP LLC
475 Wall Street
Princeton, NJ 08540
flann@lippincottip.com
908.237.0400 desk
908.237.0401 fax
908.507.5507 cell
*This email contains confidential information. If you received it in error, please delete it immediately. Thank you!*

---

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Friday, January 19, 2018 3:04:33 AM
**To:** Flann Lippincott
**Subject:** Anderson v. Outhouse PR, LLC- Discovery

Flann,

Attached please find courtesy copies of plaintiff's discovery that was mailed yesterday.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

Exhibit B

# Form of service of discovery

### Flann Lippincott

Fri 1/5/2018 12:02 PM

To: Yekaterina Tsyvkin <kt@liebowitzlawfirm.com>;

Kate -

Does your client accept service of discovery papers via email as per FRCP 5(b)(2)(E), or do I also need to send them physically?

Thank you,

Flann

Flann Lippincott, Esq.
Lippincott IP LLC
475 Wall Street
Princeton, NJ 08540
flann@lippincottip.com
908.237.0400 desk
908.237.0401 fax
908.507.5507 cell
*This email contains confidential information. If you received it in error, please delete it immediately.
Thank you!*

Exhibit C

# Meet and confer

### Flann Lippincott

Fri 2/9/2018 12:47 PM

To: Yekaterina Tsyvkin <kt@liebowitzlawfirm.com>;


Kate:

The judge ordered us to meet and confer in person before February 28. The only date that I am available is the afternoon of February 19. Are you available to meet then?

Thank you,

Flann


Flann Lippincott, Esq.

Lippincott IP LLC

475 Wall Street

Princeton, NJ 08540

*and*

460 Harris Ave., Suite 301

Providence, RI 02909

*flann@lippincottip.com*

908.237.0400 desk

908.237.0401 fax

908.507.5507 cell

*This email contains confidential information. If you received it in error, please delete it immediately. Thank you!*

*Licensed in the state and federal courts of New Jersey.*

# Meet and confer

### Flann Lippincott

Tue 2/13/2018 3:44 PM

To: Yekaterina Tsyvkin <kt@liebowitzlawfirm.com>;

Kate -

I am reaching out again to schedule a day and time for us to meet, as per the Judge's order. The best time for me is Feb. 19 in the afternoon; I might also be able to make a meeting late in the afternoon on Feb. 20. Do either of those work for you?

Thank you,

Flann

Flann Lippincott, Esq.
Lippincott IP LLC
475 Wall Street
Princeton, NJ 08540
*and*
460 Harris Ave., Suite 301
Providence, RI 02909
*flann@lippincottip.com*
908.237.0400 desk
908.237.0401 fax
908.507.5507 cell
*This email contains confidential information. If you received it in error, please delete it immediately. Thank you!*
*Licensed in the state and federal courts of New Jersey.*

# Meet and confer, letter to Judge

### Flann Lippincott

Fri 3/2/2018 1:28 PM

To: Yekaterina Tsyvkin <kt@liebowitzlawfirm.com>;

Kate,

Please let me know by Monday EOB when you are available for, at a minimum, a settlement conference by telephone.

Thank you,

Flann

Flann Lippincott, Esq.

Lippincott IP LLC

475 Wall Street

Princeton, NJ 08540

*and*

460 Harris Ave., Suite 301

Providence, RI 02909

*flann@lippincottip.com*

908.237.0400 desk

908.237.0401 fax

908.507.5507 cell

*This email contains confidential information. If you received it in error, please delete it immediately. Thank you!*

*Licensed in the state and federal courts of New Jersey.*

# Re: Meet and confer, letter to Judge

Kate Tsyvkin <kt@liebowitzlawfirm.com>

Mon 3/5/2018 3:04 PM

To:Flann Lippincott <flann@lippincottip.com>;

Flann,

Apologies for not getting back to you sooner.  I am available for a settlement conference by phone next week  Monday through Thursday.   Thanks.

Regards,

Kate

On Fri, Mar 2, 2018 at 1:28 PM, Flann Lippincott <flann@lippincottip.com> wrote:

> Kate,
>
> Please let me know by Monday EOB when you are available for, at a minimum, a settlement conference by telephone.
>
> Thank you,
>
>
> Flann
>
>
> Flann Lippincott, Esq.
>
> Lippincott IP LLC
>
> 475 Wall Street
>
> Princeton, NJ 08540
>
> and
>
> 460 Harris Ave., Suite 301
>
> Providence, RI 02909
>
> flann@lippincottip.com
>
> 908.237.0400 desk

Exhibit D



Friday, April 1, 2016, 4:00AM

http://www.nydailynews.com/new-york/bronx/bronx-hs-volleyball-star-goal-join-boy-team-nixed-article-1.2584747



Friday, April 1, 2016, 9:04 PM - http://www.nydailynews.com/new-york/bronx/bronx-volleyball-star-fights-spot-boys-varsity-team-article-1.2585838



Thursday, April 14, 2016, 10:59 PM - http://www.nydailynews.com/new-york/bronx/bronx-hs-volleyball-star-files-suit-spike-bias-article-1.2601877



Friday, April 15, 2016, 6:54 PM - http://www.nydailynews.com/new-york/bronx/bronx-volleyball-star-compete-boys-team-judge-rules-article-1.2603285



Tuesday, April 19, 2016, 7:22 PM - http://www.nydailynews.com/new-york/education/bronx-volleyball-star-play-boys-judge-rules-article-1.2607764

Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-010-578

**Effective Date of Registration:**
July 13, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration of Published Photographs; 2016 Photo Collection; all published 1/1/2016 through 7/6/2016; 84 photographs |
| **Content Title:** | Acquino 4/7/2016 |
| | Aleksy 1/24/2016 |
| | Alice and Joyce 5/23/2016 |
| | Alley 2 4/2/2016 |
| | Alley 4/2/2016 |
| | Annemarie 5/23/2016 |
| | Anyela 2 4/1/2016 |
| | Anyela 4/14/2016 |
| | Anyela 4/15/2016 |
| | Anyela 4/1/2016 |
| | Art 6/11/2016 |
| | Anyela 4/1/2016 |
| | Bangura 3/21/2016 |
| | Basin 5/28/2016 |
| | Batchelder st 1/4/2016 |
| | Bobby Love 2/8/2016 |
| | Body 1/30/2016 |
| | Bouveng 4/1/2016 |
| | Broken fence 1/16/2016 |
| | Bystanders 4/23/2016 |
| | Cheryl 2/8/2016 |

GA001

Cop 4/23/2016

Costumes 6/8/2016

Custody 4/26/2016

Darren 3/20/2016

Destroyed Car 4/23/2016

Dimitrios 2/6/2016

Do not Cross 7/6/2016

East River 6/13/2016

Ekwan 7/2/2016

Emergency 4/5/2016

FDNY 1/10/2016

Firefighters 1/23/2016

Frank Schorn 2/22/2016

Gathering 7/4/2016

Greenwhich Hotel 1/28/2016

Investigating 4/30/16

Joseph 5/11/2016

Landlord 6/11/2016

Leaves scene 1/4/2016

Linden st 4/26/2016

Memorial 1/1/2016

Mogil 5/23/2016

Memorial 1/2/2016

Mogil 5/23/2016

mourning family 2 1/16/2016

Mourning family 1/16/2016

Nursing Home 5/23/2016

NYPD at house 1/25/2016

NYPD Highway Patrol 6/6/2016

NYPD 1/4/2016

NYPD 1/5/2016



GA002

NYPD 1/23/2016

NYPD 2/25/2016

NYPD 3/18/2016

Police 6/20/2016

PSAL 4/1/2016

Purchase Police 4/18/2016

Queen home 2/6/2016

Queen 1/25/2016

Queens Supermarket 4/30/2016

Rashea 6/21/2016

Ray Pizza 1/16/2016

Removing body 7/4/2016

Removing Body 5/28/2016

Robin 5/2/2016

Roof view 1/16/2016

Safetis household 2/6/2016

Santizo residence 4/1/2016

Scene 1/30/2016

Scott Rynecki 1/29/2016

Show 5/21/2016

Sign 4/23/2016

Snow covered dog house 1/25/2016

Subway fighter 1/25/2016

Suspect 6/5/2016

Tapes off scene 1/4/2016

Thunderbold 5/28/2016

Todd 2 4/11/2016

Todd 4/11/2016

Topless 4/7/2016

View 5/23/2016

GA003

Woodlawn Cafe 6/3/2016

Yong Fa 4/30/2016

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 01, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gardiner Anderson |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gardiner Anderson |
| | 44 St. Nicholas Avenue- Apt 3R, Brooklyn, NY, 11237, United States |

## Certification

| | |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | July 13, 2016 |



GA004

**Registration #:**  VA0002010578
**Service Request #:**  1-3808612441

Richard Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580 United States

Exhibit F

# PHOTO INVOICE

**Gardiner Anderson**
**14 Verona Street, Apt 302**
**Brooklyn, NY 11231**

(917) 520-9529
Lionanderson@gmail.com

**April 2 2016**
**Invoice No. NYDN49**

**Bill to:**
New York Daily News

| DATE | DESCRIPTION | | FEE |
|------|-------------|--|-----|
| Sun Mar 20 2016 | 4:00PM-12:00AM | | 250.00 |
| Fri Mar 25 2016 | 4:00PM-12:00AM | | 250.00 |
| | | | |
| | | | |
| | | | |
| | | **Total** | 500.00 |

Please mail payment to the above postal address.

For any inquiries please call (917) 520-9529 or email Lionanderson@gmail.com.

GA008

Exhibit G



Liebowitz Law Firm, PLLC
WE FIGHT FOR YOU AGAINST INFRINGERS

No Fee Unless We Win
516-233-1660

HOME    ABOUT US    WHY US?    REQUIREMENT    NEWS    CONTACT US

## About Us

Liebowitz Law Firm, PLLC offers legal assistance, at no upfront cost, for all of your intellectual property needs. We help members of the creative community protect their copyrights, and maintain their brand. We handle all types of media, including photos, videos, films, music, text, designs, digital art, and more.

We are a team of attorneys and service professionals who will work hard to enforce your ownership rights, ensuring you receive the justice and compensation you deserve.

Exhibit H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARDINER ANDERSON,

        Plaintiff,

    - against -

OUTHOUSE PR, LLC

        Defendant.

Case No. 17-cv-6722-LTS-BCM

**<u>NOTICE OF DEPOSITION</u>**

---

PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, plaintiff Neal Clipper, by his attorneys, Liebowitz Law Firm, PLLC will take the deposition upon oral examination of the Defendant through its Corporate Representative at Liebowitz Law Firm, PLLC located at 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580 at the time and date listed below before a deposition officer who is duly authorized to administer oaths. The topics for the Corporate Representative include the revenue of the company, the net-worth of the company, the number of page hits the article with the Photograph received, the number of linkbacks to the article and the advertising revenue from the article and where the Photograph was obtained from.  The deposition will be recorded by a stenographer.

| | |
|---|---|
| Corporate Representative of Outhouse PR, LLC | April 9, 2018 at 10am EST |

You are invited to attend and cross-examine.


Date: March 29, 2018

                    LIEBOWITZ LAW FIRM, PLLC

                    By: <u>/s/Richard Liebowitz</u>
                        Richard Liebowitz
                        11 Sunrise Plaza, Suite 305

Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiffs Gardiner Anderson*